IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:04-0691 |
| ) | |
| KARINA MATA, Individually and ) | Judge Trauger |
| doing business as TAQUERIA EL ) | |
| AZTECA, and JULIO HERNANDEZ, ) | |
| Individually and doing business ) | |
| as TAQUERIA EL AZTECA, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The plaintiff has moved for entry of judgment by default and this matter having been referred to the Magistrate Judge for a Report and Recommendation as to damages, the Report and Recommendation of the Magistrate Judge (Docket Entry No. 25) is hereby **APPROVED and ADOPTED.**

It is hereby **ORDERED, ADJUDGED and DECREED** that judgment be and the same is hereby **ENTERED** in favor of the plaintiff, jointly and severally, against defendants, KARINA MATA, Individually and doing business as TAQUERIA EL AZTECA, and JULIO HERNANDEZ, Individually and doing business as TAQUERIA EL AZTECA, in the amount of $50,000 in statutory damages, $1,200 is attorney's fees, and $351.63 in costs, for a total award of $51,551.63.

It is so **ORDERED.**

ALETA A. TRAUGER
United States District Judge